# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-689 MRW | Date | May 16, 2022 |
|---|---|---|---|
| Title | Pixeltide Pathway v. TRACKR | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING CASE**

   Plaintiff filed a notice dismissing this case without prejudice. (Docket # 13.) This action is dismissed without prejudice. The previous order is DISCHARGED with no further consequence.